UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUNIAD AYUB,<br><br>                    Plaintiff,<br><br>        v.<br><br>DISH NETWORK CORP., et al.,<br><br>                    Defendants. | Civil Action No.: 15-2153 (MAS) (TJB)<br><br>**ORDER ADOPTING THE AMENDED REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |

**THIS MATTER** having come before the Court upon the Amended Report and Recommendation of the Honorable Tonianne J. Bongiovanni, U.S.M.J., with regard to Plaintiff's failure to comply with Court Orders and prosecute his case (ECF No. 19), and the Court having received no objections pursuant to Local Civil Rule 72.1(c)(2), and having reviewed the Amended Report and Recommendation and other documents on file in this matter, and Defendants having indicated their willingness to voluntarily dismiss their counterclaims without prejudice, and for good cause shown,

**IT IS** on this 8th day of February 2016,

**ORDERED THAT:**

1. The Amended Report and Recommendation of Magistrate Judge Bongiovanni (ECF No. 19), is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court.

2. Plaintiff's case is DISMISSED WITH PREJUDICE.

3. Defendants' counterclaims are DISMISSED WITHOUT PREJUDICE.

4. The Clerk of Court shall mark this case closed.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**